# In the United States District Court for the Southern District of Georgia Waycross Division

| | | |
|---|---|---|
| FERNEY DARIO RAMIREZ, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:15-cv-29 |
| | * | |
| v. | * | |
| | * | |
| TRACY JOHNS, | * | |
| | * | |
| Respondent. | * | |

## ORDER

Presently before the Court is the Magistrate Judge's March 8, 2016, Report and Recommendation, dkt. no. 12, to which Petitioner Ferney Ramirez ("Ramirez") has filed Objections, dkt. no. 13. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge, **ADOPTS** the Report and Recommendation as the opinion of the Court, and **OVERRULES** Petitioner's Objections. Consequently, the Court **DISMISSES** in part and **DENIES** in part Ramirez's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241. Additionally, the Court **DENIES** Ramirez leave to appeal *in forma pauperis*.

The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 10 day of May, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA